# Court of Appeals
# of the State of Georgia

ATLANTA, __July 08, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A0191. SIDNEY ROMACK et al. v. RON COLEMAN et al.**

     Sidney Romack and others filed this action seeking injunctive and other relief based on the defendants' allegedly improper use of certain land. After the trial court entered a final order, Romack and the other plaintiffs filed a notice of appeal to this Court. They subsequently amended the notice of appeal to indicate that jurisdiction is proper in the Supreme Court. Because it appears that the plaintiffs wished to appeal to the Supreme Court, the record should have been transmitted to that court and the appeal docketed there. Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court in accordance with the amended notice of appeal.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,__07/08/2014_____*
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*